# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

***************************************************************

Wolfram Research, Inc          Case No: CV00-09357 CBM (SHx)

        Plaintiff,

VS.

Matthew Cook,
        Defendant.

Priority Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**NOTICE**

FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

***************************************************************
        XX  CIVIL          ___ CRIMINAL
***************************************************************

TYPE OF PROCEEDINGS
Joint Stipulation re Plaintiff Motion to Compel the Production of documents from CA Institute of Technology

---

    XXX  **TAKE NOTICE** That the proceeding in this case has been ADVANCED/CONTINUED/CALENDER as indicated below:

---

| Place | Date and Place previously scheduled: | Calendar to date/time |
|---|---|---|
| Roybal Fed Bldg<br>255 E. Temple St.<br>L.A., CA 90012 | 09/25/00 10:00 a.m.<br>CTRM: "2" | 09/25/00 2:00 p.m.<br>CTRM " 550" |

---

 

                                          STEPHEN J. HILLMAN
                                          **U.S. MAGISTRATE JUDGE**

September 11, 2000
DATE                                SANDRA BUTLER, Deputy Clerk


CC: Judge Hillman
    Parties of Record

ENTERED ON ICMS
SEP 11 2000
CV