UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

CIVIL MINUTES--GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. CV00-9357 CBM(SHx)     Date: October 3, 2000

Title: Wolfram Research Inc, v. Matthew Cook
==========================================================
DOCKET ENTRY
==========================================================
PRESENT:

Hon. STEPHEN J. HILLMAN , MAGISTRATE JUDGE

Sandra Butler         N/A
Deputy Clerk       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
N/A                                   N/A

PROCEEDINGS: (IN CHAMBERS)

Plaintiff and counterdefendant Wolfram Research Inc's Motion to Compel the Production of Documents from CA Institute of Technology is calendar for hearing on October 16, 2000 at 2:00 p.m. Counsel for Caltech shall lodge in camera the documents in dispute no later than October 11, 2000.

Initials of Deputy Clerk ____

cc: Magistrate Judge Hillman
    Parties of Record



ENTERED ON ICMS
OCT 4 2000
CV

# NOTICE PARTY SERVICE LIST (CIVIL)

Case No. **C00-9357**   Case Title **Wolfram Research INC**
Filed Date **10-3-00**   Title of Document **M.O. dtd 10-3-00**

| | CIVIL CASES |
|---|---|
| | Attorney Settlement Officer Coordinator |
| | Settlement Officer *(print name)*: |
| | Case Assignment Administrator |
| | Deputy-In-Charge - Eastern Division |
| | Deputy-In-Charge - Southern Division |
| | Fiscal Section |
| | Interpreter Section |
| | Statistics Clerk |
| | U.S. Attorney's Office - Civil Division -L.A. |
| | U.S. Attorney's Office - Civil Division - S.A. |
| | US Attorney's Office - Criminal Division - L.A. |
| | US Attorney's Office - Criminal Division - S.A. |
| | Maria Stratton, Federal Public Defender |

| | ADD NEW NOTICE PARTY (print name & *address\* below*): |
|---|---|
| | William D. Young<br>Edward G. Gregory<br>Victoria D. Stratman |

\* Print name & address of the notice party if being served for the first time through Optical Scanning. Print ONLY the name of the notice party if documents have been previously served on this notice party through Optical Scanning.

| | DEATH PENALTY CASES |
|---|---|
| | California Attorney General's Office (Susan Frierson, L.A. Death Penalty Coordinator) |
| | Arthur Calderon, Warden |
| | California State Public Defender (c/o Emery Allen, Chief Attorney) |
| | Cathy Catterson, 9th Circuit Court of Appeals |
| | Death Penalty Habeas Corpus Law Clerks |
| | Clerk of Court |
| | Chief Deputy |
| | Courtroom Operations Manager |
| | CJA Supervising Attorney |
| | Deputy-In-Charge: Eastern Division |
| | Deputy-In-Charge: Southern Division |
| | Intake Supervisor |

| | BANKRUPTCY APPEALS |
|---|---|
| | U.S. Bankruptcy Court |
| | Bankruptcy Appellate Panel |
| | U.S. Trustee's Office |

| | MDL CASES |
|---|---|
| | Clerk of the MDL Panel |

Initials of Deputy Clerk _____

CV-99 (8/00)   NOTICE PARTY SERVICE LIST (CIVIL)