

Priority
Send   ✓
Enter  —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No. CV00-09357 CBM(SHx)           Date: October 16, 2000

Title:  Wolfram Research, Inc  v. Matthew Cook
======================================================
DOCKET ENTRY
======================================================
PRESENT:

        Hon. STEPHEN J. HILLMAN , MAGISTRATE JUDGE

              Sandra Butler         00-31
              Deputy Clerk       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
  Joshua A. Meyer                Adam Cochran
                                      Matthew Cook
                                      Edward Gregory

PROCEEDINGS: Plaintiff's Motion to Compel subpoena party CA Institute
                of Technology to produce documents


Case called. Counsel enter their appearances. Court orders that documents pertaining to Exhibit B are to be disclosed pursuant to a Protective Order. It is further ordered that the Exhibit C documents ruling be deferred. Therefore that matter is taken under submission pending notification of the Illinois court's discovery ruling.

Initials of Deputy Clerk _____

cc: Magistrate Judge Hillman
    Parties of Record



