UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



CIVIL MINUTES - GENERAL

Case No. CV 00-9357 CBM(SHx)                    Dated: April 10 2001
Title: Wolfram Research Inc. v Matthew Cook

======================================================================

PRESENT: THE HON. CONSUELO B. MARSHALL, U. S. DISTRICT JUDGE

```
    Joseph M. Levario                       n/a
    Deputy Clerk                        Court Recorder
(213) 894-5288; FAX (213) 894-0045
Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

        n/a                                 n/a
```

**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

Proceedings:

On the Court's own motion, this case is removed from the pending caseload pending further Order of this Court.

```
                        Priority    __
                        Send        ✓
                        Enter       __
                        Closed      ✓
                        JS-5/JS-6   ✓
                        JS-2/JS-3   __
                        Scan Only   __
```

APR 11 2001

Initials of Deputy Clerk

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

15